# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1129
_____

SHANNON CHAMBERS,

Appellant,

v.

TERRANCE CHAMBERS,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Devin D. Collier, Judge.

January 14, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Olivia M. Brooks and Jerry L. Rumph, Jr. of Brooks & Rumph, Tallahassee, for Appellant.

Alvin Lee Peters of Peters & Scoon, Panama City, for Appellee.